No. 27, Orig. OHIO *v.* KENTUCKY. Report of Special Master, upon motion of State of Ohio, received and ordered filed. Exceptions, if any, with supporting briefs may be filed within 60 days. Reply briefs, if any, may be filed within 30 days of receipt of exceptions. [For earlier orders herein, see, *e. g.,* 404 U. S. 933.]

No. 71–718. McGINNIS, CORRECTION COMMISSIONER, ET AL. *v.* ROYSTER ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 405 U. S. 986.] Motion of appellees for leave to proceed *in forma pauperis* granted.

No. 71–1016. FEDERAL POWER COMMISSION *v.* LOUISIANA POWER & LIGHT CO. ET AL.; and
No. 71–1040. UNITED GAS PIPE LINE CO. ET AL. *v.* LOUISIANA POWER & LIGHT CO. ET AL. C. A. 5th Cir. [Certiorari granted, 405 U. S. 973.] Motion of Mobile Gas Service Corp. et al. for leave to file supplemental *amici curiae* brief after argument granted. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 71–5908. CHAMBERS *v.* MISSISSIPPI. Sup. Ct. Miss. [Certiorari granted, 405 U. S. 987.] Motion of Ramsey Clark to permit Peter Westen to argue orally *pro hac vice* on behalf of petitioner granted.

No. 71–6242. BRADLEY *v.* WINGO, WARDEN;
No. 71–6255. BRISBON *v.* ELROD, SHERIFF, ET AL.; and
No. 71–6315. WOOTEN *v.* WINGO, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–6186. STUDENTS OPPOSING UNFAIR PRACTICES, INC. *v.* BAZELON, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL. Motion for leave to file petition for writ of mandamus and/or certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted.